IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBIN L. WIESSMANN, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : |
| | : NO. 16-6261 |
| NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, | : |
| Defendant. | : |

# ORDER

**AND NOW**, this 22nd day of May, 2018, upon consideration of Defendant Northwestern Mutual Life Insurance Company's Motion to Dismiss (Doc. No. 13) and Response by Plaintiff Robin L. Wiessmann (Doc. No. 15), it is hereby **ORDERED** that the Motion is **GRANTED IN PART and DENIED IN PART** as follows:

1. Defendant's Motion to Dismiss Counts I and III of the Amended Complaint is **DENIED**.

2. Defendant's Motion to Dismiss Count II is **DENIED** to the extent Plaintiff premises her bad faith claim on Defendant's alleged unreasonable denial of coverage and **GRANTED** to the extent Plaintiff premises her bad faith claim on Defendant's alleged unreasonable investigation of her claim.

It is so **ORDERED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG,   J.**